```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00181-KJM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DANIEL AWAI-FULLER,<br>  aka Daniel Ha'ahed Awai-Fuller, | |
| Defendant. | |

Based upon the entry of guilty plea to Count 1 in the Indictment charging him with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and agreement of forfeiture by defendant Daniel Awai-Fuller it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Daniel Awai-Fuller's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a. one High Point, model C9, 9mm handgun, serial number P1408414.

2. The above-listed property constitutes a firearm involved

1

1 | or used in a knowing violation of 18 U.S.C. § 922(g)(1).
2 |     3. Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-listed property.
4 | The aforementioned property shall be seized and held by the
5 | Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
6 | secure custody and control.
7 |     4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21
8 | U.S.C. § 853(n), and Local Rule 171, the United States shall
9 | publish notice of the order of forfeiture. Notice of this Order
10 | and notice of the Attorney General's (or a designee's) intent to
11 | dispose of the property in such manner as the Attorney General
12 | may direct shall be posted for at least 30 consecutive days on
13 | the official internet government forfeiture site
14 | [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent
15 | practicable, provide direct written notice to any person known to
16 | have alleged an interest in the property that is the subject of
17 | the order of forfeiture as a substitute for published notice as
18 | to those persons so notified.
19 |     b. This notice shall state that any person, other than
20 | the defendant, asserting a legal interest in the above-listed
21 | property, must file a petition with the Court within sixty (60)
22 | days from the first day of publication of the Notice of
23 | Forfeiture posted on the official government forfeiture site, or
24 | within thirty (30) days from receipt of direct written notice,
25 | whichever is earlier.
26 |     5. If a petition is timely filed, upon adjudication of all
27 | third-party interests, if any, this Court will enter a Final
28 | ///

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 24th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE