DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, BAR #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL AWAI-FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-181 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL DOCUMENTS |
| DANIEL AWAI-FULLER, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal be granted and that the documents and the request be filed under seal, permitting Assistant United States Attorney William Wong, and United States Probation Officer Shannon L. Morehouse, access to these documents.

Dated: September 19, 2012

KIMBERLY J. MUELLER
United States District Court Judge

FILED
SEP 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK